IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Sandra Hartmann | Date: July 15 , 2013 |
| Court Reporter:    Kara Spitler | Probation:  Ryan  P. Henry |

Criminal Action No. 12-cr-00411-RBJ

*Parties*:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERTO ANDRADE,

    Defendant.

*Counsel*:

Zachary Phillips

Brandon Marinoff

### SENTENCING MINUTES

**Court in session:**     3:15 p.m.

Appearances of counsel.

Defendant is present in custody.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on to Count of the Indictment/Information.

**ORDERED:**  Defendant shall be **imprisoned** for 84 months.

Court RECOMMENDS that defendant receive credit for days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Southern California (and recommends that he/she be allowed to participate in a program for treatment of drug abuse.).

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of 5 years.

**ORDERED:**  **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**     **3:57 p.m.**

Hearing concluded.

Total time: **00:42**

3